IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    15-cv-00366-WYD-CBS

DEVITT BURRY

    Plaintiff,

v.

CACH, LLC, et al.,

    Defendants.
_____

## ORDER
_____

On April 29, 2015, Plaintiff filed a Motion for Voluntary Dismissal (ECF No. 28), asking the Court to dismiss all of his claims against the Defendant in this matter. Defendants filed their Response to the Motion on May 1, 2015 (ECF No. 30).   At that time, the parties were not in agreement as to whether the dismissal should be with or without prejudice, nor were they in agreement about whether the parties should bear their own costs and fees associated with this matter.

On September 21, 2015, the parties jointly filed a Stipulation to Dismiss with Prejudice (ECF No. 32), indicating agreement that the parties would bear their own costs and fees associated with this matter.

The Stipulation to Dismiss (ECF No. 32) is hereby **APPROVED**.   The Motion to Dismiss filed previously (ECF No. 28) is hereby **DENIED** as moot.   All claims against Defendants in this matter are **dismissed with prejudice**, and parties shall bear their own costs and fees associated with this matter.   The matter is hereby **closed** by agreement of both parties.   The Clerk of the Court is directed to close the case.

Dated: September 29, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE